U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE:     Qujazmaine Cincoria Bullock

Chapter 13
Case No. 22-61087

Debtor(s)

## APPLICATION TO QUASH GARNISHMENT

COMES NOW the Applicant(s), by counsel, pursuant to Bankruptcy Code § 362(a), and states as follows:

1. Applicant(s) has filed a petition for relief under Chapter 13 of Title 11 of the United States Code.

2. Applicant Qujazmaine Bullock is subject to a garnishment issued by the Charlottesville General District Court, 606 E. Market St., Charlottesville, VA 22902, and returnable after the filing of the above-named petition.

3. The garnishment issued by the Charlottesville General District Court is in favor of Charlottesville General District Court, 606 E. Market St., Charlottesville, VA 22902 and has a return date of 1/6/2023, and the Garnishee is UVA Payroll Department, c/o Diane Painter, 1001 N. Emmet Street, Box 400194, Charlottesville, VA 22904.

WHEREFORE, Applicant(s) prays that said garnishment be quashed and that she have such other and further relief as the nature of this case may require.

Respectfully submitted,

QUJAZMAINE CINCORIA BULLOCK

By counsel

/s/ Jennifer M. Wagoner

Jennifer M. Wagoner
Slayton Law, PLC
913 East Jefferson Street
Charlottesville, VA  22902
(434) 979-7900
Counsel for Applicant(s)

## CERTIFICATE OF SERVICE

I, attorney for the Debtor(s), hereby certify that a copy of the foregoing Application to Quash Garnishment has been served upon UVA Payroll Department, Charlottesville General District Court, and the Debtor(s), by first-class mail on  10/21/2022   .


/s/ Jennifer M. Wagoner
Jennifer M. Wagoner



www.SlaytonLawPLC.com
clients@marshallslayton.com

October 21, 2022

Court Clerk, Charlottesville General District Court
ATTN Garnishments
606 E. Market St.
Charlottesville, VA 22902

GARNISHEE

UVA Payroll Department
c/o Diane Painter
1001 N. Emmet St., Box 400194
Charlottesville, VA 22904

      Re:    Our Bankruptcy Client(s):
               Qujazmaine Cincoria Bullock
               Chapter 13 Case Number 22-61087
               *Charlottesville General District Court v. Qujazmaine Bullock*
               Return Date 1/6/2023

Ladies and Gentlemen:

      We represent Qujazmaine Cincoria Bullock in a Chapter 13 bankruptcy filed on October 21, 2022 in the Western District of Virginia under Case No. 22-61087. Qujazmaine Cincoria Bullock's wages are being garnished by Charlottesville General District Court.

      Enclosed is an Application to Quash Garnishment. You will be receiving the Order stopping the garnishment shortly. Pursuant to bankruptcy law, you are hereby advised that:

1. This garnishment must be dismissed by Charlottesville General District Court immediately, with written confirmation to my office.

2. All garnished funds being held by Charlottesville General District Court should be returned to my office.

Culpeper Office:                           Charlottesville Office:                     Waynesboro Office:
133 W. Davis Street                    913 E. Jefferson Street                  404 S. Wayne Ave.
Culpeper, VA  22701                 Charlottesville, VA 22902             Waynesboro, VA 22980
(540) 827-4023                               (434) 979-7900                          (540) 827-4023

3. All garnished funds being held by UVA Medical Center should be returned to my office, and all deductions from my client's wages should cease immediately.

If we do not receive these funds within 30 days of the date of this letter, we will ask the Bankruptcy Court and/or the Bankruptcy Trustee to take action, and you may be liable for fees and costs.

           Sincerely,

           Jennifer M. Wagoner

JMW/cm  
Enclosure  
cc:    Qujazmaine Cincoria Bullock  
        US Bankruptcy Ct Clerk (via ECF)